

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2013

No. 04-13-00322-CV

**AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC**. d/b/a American Medical Response a/k/a AMR; Noah Wood Lora, Jose Carlos Gamez; and Donna Hay n/k/a Donna Gilbert, Appellants

v.

John **SEXTON**, Individually and as Independent Administrator of the Estate of Jackson Sexton, Deceased; and Tracy Sexton, Appellee/s

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-05743
Honorable Barbara Hanson Nellermoe, Judge Presiding

### O R D E R

Appellants' brief was originally due July 29, 2013; however, the court granted appellants an extension of time until August 28, 2013. Appellants have a motion asking for an additional thirty-day extension of time to file their brief.

We **grant** the motion and **order** appellants' brief due **September 27, 2013**. Appellant is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances that also provides the court reasonable assurance the brief will be completed and filed by the requested extended deadline. If the brief is not filed by the date ordered, the court may dismiss the appeal. See TEX. R. APP. P. 38.8(a); 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2013.

_____
Keith E. Hottle
Clerk of Court